

DEPOSITION EXHIBIT #6

# Keith L. Altman

Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550
800-634-1212 x 9263
kaltman@lawampm.com

**Specific Expertise - Knowledge Management**

Works with attorneys to help them acquire data, turn that data into knowledge, and manage the knowledge. Often the data is in an electronic format which offers many discover challenges.

**Educational Experience**

B.S. Astrophysics, 1989, Magna cum Laude, State University of New York at Stony Brook

**Computer Experience**

Languages: Basic, Fortran, Pascal, Assembly, C, APL, SQL Windows, Visual Basic
Databases: Microsoft Access, SQL

**Research Experience**

1981-1982, Corroboration with Teacher Herbert Cohen, Farmingdale Public Schools.
    Worked on developing models for gaming systems using Fibonacci series. Developed various computer models to analyze gaming systems.

1985-1989, Laboratory of Professor Peter M. Koch, Quantum Electronics Group, Physics Department, State University of New York at Stony Brook.
    Work as a paid employee of the Research Foundation of the State University of New York. Was responsible for developing computerized tools to analyze experimental data. Developed applications for instrument control and measurement. Used sophisticated computer modeling to design microwave klystrons for experiments.

1987, Professor Michael Simon, State University of New York at Stony Brook
    Developed computer models to analyze infrared imaging data from various telescopic sources.

1988, Professor Gerry Brown, State University of New York at Stony Brook
    Developed computer models to analyze theoretical data concerning Supernova 1987A.

1988, Professor Dean Peterson, State University of New York at Stony Brook

Analyzed observational data concerning brightness of stars in the Hyades cluster. Determined error in observational data helping to redefine the distance to the cluster which is used as a yardstick for many calculations of stellar distances.

**Relevant Work Experience**

1989-1995, Legal Systems Manager, Beta Business Products
1995-2003, President, The Fibonacci Systems Group; Vice President, The Fibonacci Group
2003-, Managing Director, Complex Litigation Division, Finkelstein & Partners

**Relevant Litigation Experience**

14 years experience working in the legal industry.

MindSet
> Developed a suite of tools to assist attorneys in managing litigation related data and knowledge.

Breast Implant Litigation
> Became involved in the litigation towards the very end ( last two years). Some notable tasks.
- Medical Science Literature Database
- Prepared for trials for Baxter, 3M and Bristol Meyers-Squibb.

FenPhen Litigation
> Serves as the chief plaintiff consultant throughout the United States for litigation in the state courts. Also assisted the MDL in a similar capacity. In this role is responsible for the following.
- Development of discovery demands
    > Helps draft discovery demands to take records retention issues and electronic information into account. Also helps establish opposing party?s information management strategy.
- Collection of production materials
    > Serves as the repository for all discovery materials.
- Review of production materials
    > Reviews materials to access completeness and reasonableness in respect to complying with formats described in discovery demands.
- Organization of production materials
    > Takes the materials and prepares them for use by over 100 law firms. Converts them to a uniform format and catalogues the materials.
- Distribution of production materials for attorney review
    > Sends materials out to various attorneys and works with them to provide tools so that materials may be reviewed efficiently.
- Collection of attorney work product
    > Receives materials from attorneys and assembles them into a repository.
- Management of attorney work product
    > Provides expertise in integrating attorney work product with source production

- materials.
- Preparation for depositions
    Works with the attorneys to help them integrate production materials into the depositions. Helps prepare exhibit lists.
- Deposition support
    Attends various depositions as both an expert and for support. Provided questions during depositions of computer personnel.
- Trial preparation
    Works with the attorneys to prepare all trial materials for use. Helps develop visual aids and presentation strategy. Coordinates audio-visual needs for the court room.
- Trial Presentation
    Attends the trial to assist in presentation of exhibits.
- Medical Science Literature Database
    Developed the strategy for collecting and managing over 4,000 medical articles related to the litigation. Distributed this database to various law firms around the United States.

Propulsid Litigation

Responsible for the design and implementation of the document depository for the MDL in Propulsid. Also assisted with development of electronic production protocols and 30b6 depositions of several key employees.

In addition, assisted in the preparation of litigation materials for several state court groups.

Work in this litigation is ongoing.

Rezulin Litigation

Responsible for the design and implementation of the document depository for the MDL in Rezulin. Also assisted with development of electronic production protocols and 30b6 depositions of several key employees.

In addition, assisted in the preparation of litigation materials for several state court groups.

Work in this litigation is ongoing.

Major Patent Litigations

Coordinated document productions sent and received for various patent litigations. Helped prepare for trials in many of the same litigations.

Construction Litigation

Worked on trial preparation and presentation of several construction related cases. Most recently,

provided trial support for GCNA v. City of Cleveland in federal court in Akron Ohio.

Video Teleconferencing Trial
In Turcinovic v. Floch ( New Jersey ), convinced the judge to allow the plaintiff, a quadriplegic residing in Chicago, to testify during his trial by video teleconferencing link. This was the first time in the United States that a plaintiff was allowed to testify in this way. Coordinated all technology at both sites. Although the case settled on the eve of trial, the settlement was accepted by the teleconferencing link with the attorneys conduction an interactive conversation with the plaintiff.

Document Archival Facility Fire
Working for defendant sprinkler manufacturer in a case involving a documents destroyed in a fire a document archive facility. Establishing an information management infrastructure to coordinate several hundred thousand pages of discovery materials. Providing assistance in assessing compliance with records retention policies on the part of plaintiffs.

Other Litigation Projects (Current)
MTBE
Cooper Tire
Lotronex
PPA
Baycol
Accutane
Oxycontin
Vioxx
Celebrex
Lariam

Speaking Experience
Has spoken at several Mealeys conferences as well as numerous bar associations on topics of electronic discovery and litigation technology.

Was on the faculty of the Judicial College for the state of New Jersey in November, 2001.

In June, 2002, spoke at a symposium on electronic discover sponsored by the Federal Bar Association. The proceedings of this symposium are scheduled to be released in book form late 2002.

In July, 2002, spoke on preservation of electronic information at the annual meeting of the Association of Trial Lawyers of America.

Publishing Experience

Book Chapter on electronic discovery in Electronic Information: Its Life Cycle edited by Alan Blakely

published by the Federal Bar Association.