UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANGELA MONTGOMERY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WYETH, f/k/a American Home Products Corp.,)<br>AHP SUBSIDIARY HOLDING )<br>CORPORATION f/k/a Wyeth-Ayerst, )<br>Laboratories Company; WYETH )<br>PHARMACEUTICALS, INC. f/k/a Wyeth- )<br>Ayerst Pharmaceuticals, Inc., )<br>)<br>Defendants. ) | No. 1:05-CV-323<br><br>Chief Judge Curtis L. Collier |

## ORDER

For the reasons stated in the accompanying memorandum, Defendant's motion for summary judgment is **GRANTED** (Court File No. 83) and this case is **DISMISSED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**